```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                            Case No. 15-11768-mdc
Kevin J. McDermott                                                Chapter 13
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0313-2         User: Christina           Page 1 of 2           Date Rcvd: Apr 16, 2020
                             Form ID: 138NEW           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             +Kevin J. McDermott,    2821 Murray Avenue,    Bensalem, PA 19020-2632
aty            +JOHN ERIC KISHBAUGH,    Udren Law Offices PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13490259       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13490260        Bureau of Individual Taxes,    PO Box 280431,    Harrisburg, PA 17128-0432
13547407        M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
13490268       +Marcia McDermott,    2821 Murray Avenue,    Bensalem, PA 19020-2632
13579250       +PNC Bank, N.A.,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13490269       +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Apr 17 2020 05:01:19     WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: camanagement@mtb.com Apr 17 2020 04:59:36     M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY  14221
13490261       +E-mail/Text: bankruptcy@cavps.com Apr 17 2020 05:00:29     Calvary Portfolio Services,
                 Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13490262       +E-mail/Text: bankruptcy@cavps.com Apr 17 2020 05:00:29     Calvary Portfolio Services,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
13517026        E-mail/Text: mrdiscen@discover.com Apr 17 2020 04:59:24     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13490264       +E-mail/Text: mrdiscen@discover.com Apr 17 2020 04:59:24     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13490265        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 17 2020 04:59:31     Internal Revenue Service,
                 Cincinnati, OH 45999-0025
13490263        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 17 2020 05:06:05      Chase,    Po Box 15298,
                 Wilmington, DE 19850
13490267        E-mail/Text: camanagement@mtb.com Apr 17 2020 04:59:36     M & T Bank,    1100 Wehrley Drive,
                 Buffalo, NY 14240
13490266        E-mail/Text: camanagement@mtb.com Apr 17 2020 04:59:36     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13490270        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:16
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13563439        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:16
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13515709        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13490271      ##+Portfolio Recovery,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2           User: Christina             Page 2 of 2                   Date Rcvd: Apr 16, 2020
                               Form ID: 138NEW             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Kevin J. McDermott support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor   PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kevin J. McDermott
    Debtor(s)

Bankruptcy No: 15−11768−mdc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 4/16/20

67 − 66
Form 138_new