Certificate Number: 03621-PAE-DE-034163792

Bankruptcy Case Number: 15-11768



03621-PAE-DE-034163792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2020</u>, at <u>9:17</u> o'clock <u>PM EST</u>, <u>Kevin J Mcdermott</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 1, 2020</u>          By:    <u>/s/Damaris Soto</u>

                                 Name:  <u>Damaris Soto</u>

                                 Title:  <u>Credit Counselor</u>